No. 94–6429. BALLARD *v.* GARTZ ET AL. Sup. Ct. N. M. Certiorari denied.

No. 94–6433. YBARRA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–6434. SADLER *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–6438. SEMIEN *v.* COMANCHE COUNTY ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–6439. JAMES *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 94–6441. ST. HILAIRE *v.* PARIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6443. MALLORY *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6451. GREEN *v.* ADAMS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 94–6455. WATSON ET AL. *v.* FARLOW ET AL. Sup. Ct. Ala. Certiorari denied.

No. 94–6463. CARNEGIE *v.* DOWLING ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 94–6478. MARSH *v.* JOHN ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–6479. MIKKILINENI *v.* AMWEST SURETY INSURANCE CO. ET AL.; MIKKILINENI *v.* CHESTER ET AL.; MIKKILINENI *v.* BOROUGH OF FOREST HILLS; and MIKKILINENI *v.* GLENN ENGINEERING & ASSOCIATES, LTD., ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–6480. MIKKILINENI *v.* BOROUGH OF FOREST HILLS. Sup. Ct. Pa. Certiorari denied.

No. 94–6484. CRITTENDEN *v.* FEDERAL TRADE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.